FILED

DEC 0 1 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **A15 CR 348 SS** |
| ) | |
| v. ) | CRIMINAL NO. 1:15-CR- |
| ) | |
| Garry Wayne CRAIGHEAD, ) | |
| Defendant. ) | |

**MOTION TO SEAL THE FILE IN THIS CASE**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and respectfully requests that the Court seal all documents relating to the Indictment of Garry Wayne CRAIGHEAD, filed in the above-styled cause. These documents include the Information, the Waiver of Indictment, the Personal Data Sheet, all documents related to Setting Conditions of Release, as well as this Motion to Seal the Information.

As reason for such request, the United States would show the Court that information contained in these documents be sealed because the Defendant is cooperating with the broader investigation of federal violations in this case. Disclosure of a file bearing the Defendant's name, the Information, the Plea Agreement and related documents at this time would jeopardize this ongoing investigation. The United States of America would also request that should this motion be granted that all of the aforementioned documents remain sealed until further

order of the Court.

A file-stamped copy shall be issued to the affiant and the government.

                        Respectfully submitted,

                        RICHARD L. DURBIN, JR.
                        UNITED STATES ATTORNEY

By: *(signature)*
                        MARK H. MARSHALL
                        Assistant United States Attorney
                        816 Congress Avenue, Ste. 1000
                        Austin, TX 78701

                        SBOT # 13032500

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **A15 CR 348 SS** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15-CR- |
| | ) | |
| Garry Wayne CRAIGHEAD, | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that is should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court shall maintain this file under SEAL, including the Information, the Waiver of Indictment, the Personal Data Sheet, all documents related to Setting Conditions of Release, as well as this Motion to Seal the Information.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remain sealed until further order of the Court.

SIGNED on this _____ day of December, 2015.

UNITED STATES MAGISTRATE JUDGE