**SEALED**

FILED
2015 DEC -1 PM 1:31

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

A15 CR 348 SS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) ) | |
| v. | ) ) | CRIMINAL NO. 1:15-CR- |
| Garry Wayne CRAIGHEAD, Defendant. | ) ) ) | |

## ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that is should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court shall maintain this file under SEAL, including the Information, the Waiver of Indictment, the Personal Data Sheet, all documents related to Setting Conditions of Release, as well as this Motion to Seal the Information.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remain sealed until further order of the Court.

SIGNED on this _1ST_ day of December, 2015.

UNITED STATES MAGISTRATE JUDGE

Mark Lane
United States Magistrate Judge