FILED
FEB 18 2016
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Filed Under Seal |
| Plaintiff, | § | |
| v | § | NO. 1:15-CR-348 SS |
| GARRY WAYNE CRAIGHEAD, | § | |
| Defendant. | § | |

## DEFENDANT GARRY WAYNE CRAIGHEAD'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, GARRY WAYNE CRAIGHEAD, by and through his undersigned attorney, respectfully moves this Honorable Court to continue his sentencing hearing until the latter part of June when he has completed his cooperation with the Government in accordance with his plea agreement. The Defendant offers the following as grounds:

1. Defendant has entered into a plea agreement with the United States government wherein he has agreed to cooperate with United States investigators and attorneys in their investigation and prosecution of others who may have committed offenses. Defendant has agreed to do so in exchange for a possible 5K1.1 downward departure at sentencing for providing substantial assistance to the government.

2. The Court has recently set the hearing for Defendant's sentencing on April 1, 2016.

3. Defendant respectfully requests a continuance of this sentencing hearing date until the latter part of June 2016 so that he may continue to cooperate with and provide assistance to United States investigators and attorneys pursuant to his plea agreement. Additionally, co-counsel Jim

Lacy is out of the country on vacation until mid-to-late May 2016.

4.      The Government does not oppose this motion.

5.      Anticipating that the Defendant's cooperation will rise to the level of substantial assistance, continuing the sentencing will obviate the need for a Rule 35 hearing and thereby conserve judicial resources.

WHEREFORE, premises considered, the Defendant respectfully requests that this Honorable Court grant the Defendant's motion to re-set his sentencing hearing from April 1, 2016, to a date no earlier than the latter part of June 2016.

**Dated:        February 17, 2016**

Respectfully submitted,

By:/s/James S. Bell
**James S. Bell**
TX State Bar No. 24049314
E-mail: james@jamesbellpc.com
5942 Colhurst
Dallas, Texas 75230
Telephone: (214) 293-2263
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant conferred with the Assistant United States Attorney regarding the relief sought in this Motion and that he is not opposed.

/s/James S. Bell
James S. Bell

## CERTIFICATE OF SERVICE

I certify that on February 17, 2016, the foregoing document was filed under seal and copy served on counsel for the United States Government.

/s/James S. Bell
James S. Bell

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| UNITED STATES OF AMERICA, | § | **Filed Under Seal** |
|---|---|---|
| Plaintiff, | § | |
| v | § | NO. 1:15-CR-348 SS |
| GARRY WAYNE CRAIGHEAD, | § | |
| Defendant. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Came before the Court this day Defendant GARRY WAYNE CRAIGHEAD'S Unopposed Motion to Continue Sentencing Hearing (the "Motion"). The Court, having considered the Motion and being otherwise advised of the premises for same, hereby GRANTS the Motion.

It is therefore ORDERED, ADJDGED AND DECREED that Defendant's Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED and the current sentencing hearing date of April 1, 2016, is hereby continued and reset for _____, 2016 at _____.

Dated: _____

_____
Honorable United States District Judge