UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE UNITED STATES OF AMERICA

VS.                                                           CRIMINAL NO. 1:15-CR-00348-SS-1

GARRY WAYNE CRAIGHEAD

## MOTION TO CONTINUE SENTENCING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Dr. Garry Wayne Craighead, by and through his agent and attorneys of record, Olga Seelig of Austin, Texas and Jeff Senter, of Austin and Dallas, Texas who makes and files this Motion to Continue Sentencing in the above captioned and numbered cause and would show the Court as follows:

I.

Procedural History

This Motion to Continue Sentencing represents the defendant's third (3rd) said same, previous ones filed 18 February 2016 and subsequently 16 March 2016 by then counsel of record, now terminated, James S. Bell of Dallas, Texas.

Subsequently the two (2) undersigned counsel of record have substituted in lieu of said same Mr. Bell. The consensus of which from both of whom is that a brief period is necessary to consolidate a reasonable understanding of the defendant's sentencing position and attendant

options evaluated. In fact, a preliminary health care related evaluation intended to be complemented by a subordinate health care evaluation gives rise to the necessity of the requested continuance. This Motion is not sought for the purpose of delay but in order that justice be granted.

WHEREFORE PREMISES CONSIDERED, the defendant prays the Court grant this <u>Motion to Continue Sentencing</u> and continue this cause until the next available date.

RESPECTFULLY SUBMITTED,

_____os_____
Olga Seelig
Seelig PC
State Bar No. 24002922
316 W. 12th Street, Suite 109
Austin, Texas 78701
Telephone 512-524-7798
Telefacsimile 512-308-6884
Attorney for Defendant


_____/JS/_____
Jeff Senter, P.C.
State Bar No. 18028400
700 Lavaca Street, Ste. 1400
Austin, Texas  78701-3102
Telephone (512) 482-8112
Telefacsimile (512) 482-0076
Attorney for Defendant

## CERTIFICATE OF CONFERENCE

This if to certify counsel, Jeff Senter, conferred with <u>Assistant U.S. Attorney Mark H. Marshall</u> yesterday 29 March 2016 at both 9:51 a.m. and 10:10 a.m., who advised neither himself nor Assistant U.S. Attorney James Blankinshop; San Antonio Division had objections to a thirty (30) day continuance.

Moreover, Counsel conferred with U.S. Probation Officer Agustin Marquez; the Pre Sentence Investigative Report author as a matter of courtesy.

\_\_\_\_\_/JS/_____
Attorney

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the United States, and the U.S. Probation Officer, via E-Mail Message.

Date:  March 31, 2016

_____/JS/_____
Attorney for Defendant

## VERIFICATION/AFFIDAVIT

STATE OF TEXAS
COUNTY OF TRAVIS

BEFORE ME, the undersigned authority on this day personally appeared the Counsel for Defendant, Jeff Senter, known to me to be the person whose signature is subscribed below and who, being by me duly sworn on his oath, states that he is the Petitioner in the attached or foregoing <u>Motion to Continue Sentencing</u>, and that each statement contained therein is true and correct.

_____
Jeff Senter

SUBSCRIBED AND SWORN TO before me, on this 30th day of March, 2016, to certify which witness my hand and official seal of office.

MICHELE LEE BETKER
Notary Public, State of Texas
Comm. Expires 01-27-2018
Notary ID 129688729

_____
Notary Public in and for the
State of Texas

## **CERTIFICATE OF SERVICE**

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorneys for the United States, and the U.S. Probation Officer, via E-Mail Message.

Date: March 31, 2016

_____/JS/_____
Attorney for Defendant