FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2016 APR -4   AM 9: 10

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

-vs-                                                                    CAUSE NO.  A-15-CR-348-SS

GARRY WAYNE CRAIGHEAD

_____

# O R D E R

BE IT REMEMBERED on this day, the Court reviewed the file in the above-styled cause, and specifically the defendant's "Motion to Continue Sentencing" [#53 filed March 31, 2016] and, thereafter, enters the following:

IT IS ORDERED that the Motion to Continue Sentencing is GRANTED as the United States Attorney has no opposition to the same.

It would be better, however, to have filed relevant medical records for the Court to understand reasons for the continuances rather than the statement, "In fact, preliminary health care related evaluation intended to be complemented by a subordinate health care evaluation gives rise to the necessity of the requested continuance." That sentence is the basis for the third continuance and has no significant meaning at all.

IT IS ORDERED that sentencing in this case is RESET for the third time for **June 10, 2016 at 9:00 a.m.** in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas.  There will be no further continuances.

SIGNED this the ____1st____ day of April 2016.

_____
UNITED STATES DISTRICT JUDGE